**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Charlotte M. Hobbs,<br><br>            Plaintiff,<br>    vs.<br><br>Wal-Mart Stores Inc., et al.<br><br>            Defendants. | No. CV-06-1031-PHX-PGR<br><br>ORDER |

The defendants' having filed a Notice of Settlement (doc. #70),

IT IS ORDERED that Defendants' Request for Daubert Hearing Prior ro Trial Testimony of Frank Gomer (doc. #58) is deemed withdrawn.

IT IS FURTHER ORDERED that the trial set for February 25, 2008 is vacated.

IT IS FURTHER ORDERED that a status conference shall be held on Monday, March 24, 2008, at 1:30 p.m. in Courtroom 601, to be automatically vacated by the filing prior thereto of a stipulation for dismissal.

DATED this 22nd day of February, 2008.

Paul G. Rosenblatt
United States District Judge