**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Charlotte M. Hobbs,<br><br>            Plaintiff,<br>    vs.<br><br>Wal-Mart Stores Inc., et al.,<br><br>            Defendants. | No. CV-06-1031-PHX-PGR<br><br>ORDER |

The parties having filed a Stipulation to Dismiss (doc. #72) which is sufficient to automatically effectuate the dismissal of this action with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) without the necessity of a court order, <u>Eitel v. McCool</u>, 782 F.2d 1470, 1472-73 and n.4 (9th Cir. 1986),

IT IS ORDERED that the status hearing set for March 24, 2008 is vacated.

IT IS FURTHER ORDERED that the Clerk of the Court shall terminate this action.

DATED this 20th day of March, 2008.

Paul G. Rosenblatt
United States District Judge